EMILY S. CONCKLIN, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Concklin* v. *N. Y. C. & H. R. R. R. Co.*, 149 App. Div. 739, appeal dismissed.

(Argued February 24, 1913; decided March 4, 1913.)·

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 2, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to enjoin defendant from interfering with plaintiff's use of an alleged right of way over its railroad.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of facts were supported by the evidence and that the exceptions presented no question reviewable by the Court of Appeals.

*Robert Wilkinson* for motion.

*Hersey Egginton* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.